DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JEAN MARC FAREAU,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D23-683

[July 27, 2023]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Caroline Shepherd, Judge; L.T. Case No. 502015CF011633A.

Jean Marc Fareau, Crestview, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, GERBER and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***